# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY as subrogee of Michael Rosser (952-5225) | )<br>)<br>) |
| | ) CIVIL ACTION |
| Plaintiff | ) FILE NO. |
| VS. | ) |
| UNITED STATES OF AMERICA | ) |
| Defendant | ) |

## COMPLAINT FOR DAMAGES

**NOW COMES** State Farm Mutual Automobile Insurance Company as subrogee of Michael Rosser to make and file this Complaint against The United States of America and show this Honorable Court the following:

1

## PARTIES, JURISDICTION AND VENUE

1.

The Plaintiff is State Farm Mutual Automobile Insurance Company, a corporation registered with the Georgia Secretary of State to do business in the state of Georgia, who brings this claim for damages arising out of a motor vehicle collision which occurred on August 27, 2020.

2.

The Defendant is The United States of America. This is a Federal Tort Claim Act claim brought pursuant to 28 U.S.C. 2671 et. seq. The United States of America may be served with process upon the U.S. Attorney for the Northern District of Georgia, at 600 U.S. Courthouse, 75 Spring Street, N.W., Atlanta, Georgia 30303, and as otherwise provided by applicable law.

3.

This is a claim for damages involving a federal department, to wit: The United States Postal Service (hereinafter "USPS").

4.

Prior to bringing this suit, this claim was brought before USPS with a demand in settlement for money damages in a sum certain. The Federal Tort Claim Act claim referenced above was submitted to USPO on or about October 22, 2020.

5.

This claim arises out of a motor vehicle collision between a government vehicle being driven by USPS employee George Patrick Ryan, who was acting in the course and scope of his employment, and Plaintiff's insured, Michael Rosser. Said collision occurred on Old Alabama Road Connector, Alpharetta, in Fulton County, Georgia, on August 27, 2020.

6.

USPS has failed to pay said claim and more than six (6) months have elapsed since the filing of this claim.

## **FACTS**

7.

On August 27, 2020, George Patrick Ryan (hereinafter "Ryan") was employed by USPS and was acting within the scope of his employment.

8.

On the aforementioned date, Ryan was operating an USPS vehicle and failed to stop in time, striking the rear of the vehicle driven by Plaintiff's insured, Michael Rosser. Ryan's negligence was negligence per se in violation of the Uniform Rules of the Road of the State of Georgia, specifically O.C.G.A. 40-6-49 (following too closely).

9.

As a direct and proximate cause of the negligence of USPS, acting by and through its agent employee, George Patrick Ryan, Plaintiff's insured's vehicle was damaged.

10.

Plaintiff brings this action to recover damages in the amount of $9,893.40. Plaintiff State Farm Mutual Automobile Insurance Company has an equitable right of subrogation in the claim against Defendant as a result of making payment in the amount of $9,393.40 to or on behalf of Michael Rosser under a policy of insurance. Michael Rosser additionally incurred expenses of $500 as his deductible.

WHEREFORE, Plaintiff respectfully prays that Defendant be served with process as required by law, that Plaintiff recover verdict and judgment against the Defendant in an amount as the Court shall determine to be appropriate based upon the evidence submitted at the time of trial, and for such other and further relief as this Court deems necessary and proper.

                                                  Respectfully submitted,
                                                  This 23rd of July, 2021.

                                                  Ronald W. Parnell, P.C.

                                                  Ronald W. Parnell
                                                  Georgia Bar No. 564450
                                                  Attorney for Plaintiff

Law Office of Ronald W. Parnell, PC
1630 Old Salem Road
P.O. Box 81085
Conyers, Georgia 30013
PH: (770) 929-8585
rwp@rwpsubro.com